# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DARRELL G. HARRIS,<br><br>        Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>[Docket No. 165] |

On October 16, 2024, while represented by counsel, Defendant Darrell Harris filed a notice *pro se*. Docket No. 165. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's *pro se* filing, Docket No. 165, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: October 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge