# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARRELL GLEN HARRIS,

        Defendant.

Case No. 2:23-cr-00113-CDS-NJK

**Order**
[Docket No. 220]

Pending before the Court is Defendant's motion to continue the hearing set for March 18, 2025, which is **GRANTED**. Docket No. 220. The hearing is continued to March 25, 2025, at 2:00 p.m. in Courtroom 3C. Defendant must obtain permission to travel to Nevada, as required by his conditions of release, prior to travel.

IT IS SO ORDERED.

DATED: March 14, 2025

Nancy J. Koppe
United States Magistrate Judge