# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 240, 241, 242, 243] |
| DARRELL G. HARRIS, | |
| Defendant. | |

On April 2, 2025, while represented by counsel, Defendant Darrell Harris, filed and/or caused to be filed several *pro se* documents. Docket Nos. 240, 241, 242, 243. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a). Accordingly, Defendant's *pro se* filings, Docket Nos. 240, 241, 242, 243, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: April 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge