# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>DARRELL GLEN HARRIS, et al<br><br>　　　　Defendants | Case No.: 2:23-cr-00113-CDS-NJK<br><br>**Order Approving STIPULATION TO CONTINUE MOTION DEADLINES**<br>**(SECOND REQUEST)**<br><br>[ECF No. 313] |

　　Based on the parties stipulation (ECF No. 313), it is ordered that the parties have to and including November 18, 2025, to file any and all pretrial motions and notices of defense.

　　It is further ordered that the parties have to and including December 10, 2025, to file any and all responsive pleadings.

　　It is further ordered that the parties have to and including December 17, 2025, to file any and all replies to the motions.

　　Dated: November 12, 2025

_____
United States District Judge