**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:23-cr-00113-CDS-NJK |
| vs. | |
| DARRELL GLEN HARRIS, | REPORT AND RECOMMENDATION |
| Defendant. | (Docket No. 320) |

This matter was referred to the undersigned Magistrate Judge on Defendant Darrell Glen Harris' motion to suppress evidence. Docket No. 320. The Court has considered Defendant's motion, the United States' response, and Defendant's reply. Docket Nos. 320, 327, 329.

Defendant moves to suppress all evidence seized during the April 21, 2023, stop of a van driven by Defendant Joey McRoyal with Defendant Paulina Hernandez as the sole passenger. Docket No. 320. That stop is the subject of a motion to suppress currently pending before the Court. *See* Docket No. 277. In the instant motion, Defendant asks the Court to suppress all evidence seized from the van because, he submits, the T-III wiretap was unlawfully obtained, all of the telephonic communications must be suppressed and, since the stop of the van was partially based on those communications, the stop was illegal. *Id*. at 3-5. See also Docket No. 311 (Defendant Hernandez's motion to suppress intercepted wire communications and all evidence derived therefrom); Docket No. 317 (Defendant's motion for joinder to Defendant Hernandez's motion to suppress).

In response, the United States submits that the instant motion is duplicative of Defendant's motion to join Defendant Hernandez's motion to suppress wire communications. Docket No. 327 at 2. Therefore, the United States asks the Court to deny this motion. *Id*.

In reply, Defendant submits that, if the Court finds that the electronic surveillance and its products are unlawful, the stop and search of the van will have been conducted based on unlawfully seized information and the evidence seized must be suppressed. Docket No. 329 at 2. Therefore, Defendant asks this Court to grant both the instant motion and his joinder to Defendant Hernandez's motion. *Id*.

On January 23, 2026, this Court issued an order and report and recommendation on Defendant Hernandez's motion to suppress intercepted wire communications and all evidence derived therefrom and Defendant's motion for joinder to that motion. Docket No. 347. The Court granted Defendant's joinder to Defendant Hernandez's motion. *Id*. at 19. Further, based on the Court's review and analysis of the facts and the law surrounding the T-III wiretap, the Court recommended that the motion to suppress be denied. *Id*.

As the Court has found that the electronic communications were lawfully seized and Defendant's motion relies on a finding that the communications were unlawfully seized, the Court **RECOMMENDS** that Defendant's motion to suppress evidence seized from the April 21, 2023, vehicle stop be **DENIED**. Docket No. 320.

DATED: January 26, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).   A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).