UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

****

UNITED STATES AMERICA
Plaintiff,

vs.

DARRELL GLEN HARRIS ET AL.
Defendants.

CASE: 2:23-CR-00113-CDS-NJK

MINUTES OF THE COURT

Dated: June 23, 2026

PRESENT: HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: D. SAAVEDRA COURT REPORTER: SAMANTHA MCNETT

COUNSEL FOR GOVERNMENT: Brian Whang and Joshua Brister, AUSA

COUNSEL FOR DEFENDANT(S): Richard Pocker, Christopher Oram, Charles Goodwin and Joshua Tomsheck

PROCEEDINGS: Jury Trial Day 2

Proceedings begin at 9:30 a.m. Parties are present.

The Court makes preliminary remarks as to motion to sever defendant ECF No. 433. Government responds. The Court denies ECF No. 433.

Sidebar is held with defendant McRoyal's counsel.

Mr. McRoyal is canvassed.

Jurors are present at 9:42 a.m.

**DEA Special Agent Amidan** is sworn to testify as a witness for the Government. Mr. Brister examines the witness. Government exhibits 3, 2, 1, 4, 5, 6, 7, 8, 9, 11, 16, 22, 13, 14, 12, 15, 17, 18, 19, 20, 23, 21, 28, 29 are marked and admitted.

Proceedings recess from 11:10 a.m. – 11:25 a.m.

Outside the presence of the jury, the Government requests that Paulina Hernandez be excluded from the testimony for today. The Court denies request.

**DEA Special Agent Amidan** resumes the witness stand. Mr. Brister continues with direct examination. Government exhibits 30, 31, 32, 34, 35, 36, 41, 42, 4344, 45, 46, 48, 49, 57, 58, 233, 70, 71, 72, 73, 74, 78, 80, 79, 100, 101, 102, 103, 104, 232, 105 are marked and admitted.

Proceedings recess from 1:00 p.m. -1:34 p.m.

**DEA Special Agent Amidan** resumes the witness stand. Mr. Brister continues with direct examination. Government exhibits 106, 107, 128, 129, 130, 131, 109, 110, 111 are marked and admitted. Mr. Brister passes the witness for cross examination. Mr. Goodwin cross examines the witness.

Proceedings recess at 2:56 p.m. – 3:06 p.m.

**DEA Special Agent Amidan** resumes the witness stand. Mr. Tomsheck and Mr. Pocker cross-examines the witness. The witness is excused.

**DEA Special Agent Carnegie** is sworn to testify as a witness for the Government. Mr. Whang examines the witness. Mr. Whang passes the witness for cross examination. Mr. Goodwin, Mr. Tomsheck and Mr. Pocker cross examine the witness. The witness is excused.

Proceedings recess at 4:10 p.m. The court admonishes the jury.

Proceedings recess at 4:11 p.m.

**IT IS ORDERED that the jury trial is continued to Wednesday, June 24, 2026, at 9:30 a.m. in courtroom 6B.**

DEBRA K. KEMPI, CLERK
United States District Court
By: ____/s/________________
D. Saavedra, Deputy Clerk