**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>DARRELL GLEN HARRIS, et al.<br>Defendants | Case No.: 2:23-cr-00113-CDS-NJK<br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR FILING OF POST-TRIAL MOTIONS (Third Request)**<br>[ECF No. 485] |

Based on the parties' stipulation, it is ordered that the deadline for the filing of post-trial motions is extended to August 28, 2026.

Dated: August 12, 2026

UNITED STATES DISTRICT JUDGE