**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff<br>v.<br>Darrell Glen Harris, et la.,<br>Defendants | Case No. 2:23-cr-00113-CDS-NJK<br>**Order Striking Defendants' Pro se Filings**<br>[ECF Nos. 494, 492, 497] |

Defendants Darrell Glen Harris, Joey Lamar McRoyal, and Lamar Deshawn Rosser filed an affidavit for the record (ECF No. 492), and two affidavits of merit (ECF Nos. 494, 497). A person who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Because Harris, McRoyal, and Rosser are represented by counsel, it is ordered that the affidavits filed pro se **[ECF Nos. 492, 494, 497] are STRICKEN**.

Dated: August 20, 2026

______________________________
Cristina D. Silva
United States District Judge