**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

DARRELL GLEN HARRIS, et al.

Defendants

Case No.: 2:23-cr-00113-CDS-NJK-1, 2, 3

**Order Approving STIPULATION TO EXTEND DEADLINE FOR FILING OF POST-TRIAL MOTIONS**

[ECF No. 509]

Based on the parties' stipulation, it is ordered that the deadline for filing any post-trial motions is extended to October 1, 2026. Any response must be filed within fourteen days after the motion is filed and served. Any reply must be filed within seven days thereafter.

Dated: September 17, 2026

UNITED STATES DISTRICT JUDGE